

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THEODIS and MARIA BRUCE, VIRGINIA and SERGIO CORDOVA, VICTOR CORRAL, JOSE DOMINGUEZ MAGDALENA JUAREZ, BERNARDA LOPEZ, ELISA NEGRETE, MARIA REYES, LUIS VELAZQUEZ, JOSE VALDEZ, ANTONIO and MARIA SALGADO, and IRIS JORDAN, | § § § § § | No. 08-20-00135-CV Appeal from the 171st District Court of El Paso County, Texas |
| Appellants, | § | (TC# 2016DCV3160) |
| v. | § | |
| OSCAR RENDA CONTRACTING, | § | |
| Appellee. | § | |

## ORDER

Appellee Oscar Renda Contracting's cross-appeal is dismissed for want of jurisdiction.

IT IS SO ORDERED THIS 23RD DAY OF OCTOBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.